# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA SCHULTZ,** ) | |
| ) | 8:10CV130 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **SERVICE EMPLOYEES INTERNATIONAL** ) | |
| **UNION LOCAL 226,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte.* On July 12, 2010, the court granted a second extension of time for the parties to comply with their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 17. No such report has been filed. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before August 30, 2010, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 20th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge