# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA SCHULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV130 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SERVICE EMPLOYEES | ) | |
| INTERNATIONAL UNION LOCAL 226, | ) | |
| | ) | |
| Defendant. | ) | |

The matter is before the court following a telephone planning conference with counsel on January 31, 2011. Pending is defendant's motion for summary judgment (Filing No. 23). Within 10 business days of the resolution of such motion, counsel for the plaintiff shall schedule a telephone conference with the undersigned magistrate judge and opposing counsel for the purpose of scheduling this matter to trial, if necessary.

**IT IS SO ORDERED.**

DATED this 31st day of January, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge